IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICHARD A. PETERMAN,
    Plaintiff,

v.

Case No. 2:14-cv-2656
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## ORDER

This matter is before the Court for consideration of the parties' Joint Stipulation to Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58. (ECF No. 17.) Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision ("ALJ"). The ALJ will be instructed to consider Plaintiff's lack of health insurance and his financial difficulties in obtaining medication during the relevant period, from October 27, 2009 (for his Title XVI claim) and December 17, 2009 (for his Title II claim) through March 27, 2013, and issue a new decision regarding whether Plaintiff is disabled within the meaning of the Social Security Act.

Accordingly, in accordance with this Order, this case is **REMANDED** to pursuant to Sentence Four of § 405(g) and the Clerk is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

\_\_\_9-9-2015\_\_\_                     _____
DATE                                     CHIEF EDMUND A. SARGUS, JR.
                                          UNITED STATES DISTRICT COURT